# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOSIAH T., | Case No. 26-CV-3089 (PJS/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| TODD BLANCHE, Acting Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID VENTURELLA, Director, Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration & Customs Enforcement; and JOEL BROTT, Sheriff, Sherburne County, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of Josiah T. within 14 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer should include:

a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

     b.     A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

     c.     Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.     If Petitioner intends to file a reply to respondents' answer, he must do so within 14 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.     Petitioner's applications to proceed *in forma pauperis* [Dkt. Nos. 2 & 4] are GRANTED.

Date: July 7, 2026

                                     *s/ John F. Docherty*
                                       JOHN F. DOCHERTY
                                       United States Magistrate Judge